IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Colleen Witmer

    Plaintiff

versus                           CIVIL 1: 17cv838

NCI, Inc., et al

    Defendants

## ORDER

No response having been received to the Court's Order of January 3, 2018, it is accordingly ORDERED that this action is dismissed without prejudice pursuant to F. R. Civ. P. 4(m).

/s/
Liam O'Grady
United States District Judge

February 5, 2018
Alexandria, Virginia